UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER HILTON, | |
| Petitioner, | |
| v. | CAUSE NO. 3:20-CV-191-JD-MGG |
| WARDEN, | |
| Respondent. | |

OPINION AND ORDER

Christopher Hilton petitioned this court for a writ of habeas corpus challenging his disciplinary proceeding (MCF 19-06-0798) at the Miami Correctional Facility. In his response, the Warden is asking that Mr. Hilton's petition be dismissed because, on June 24, 2020, the "Indiana Department of Correction vacated the guilty finding and sanctions and dismissed the disciplinary proceeding challenged in the petition." (ECF 7 at 1.) For the reasons stated below, the Court will grant the motion.

"Article III of the Constitution confines the judicial power of federal courts to deciding actual 'Cases' or 'Controversies.'" *Hollingsworth v. Perry*, 133 S. Ct. 2652, 2661 (2013). To establish that an actual case or controversy exists, the petitioner must demonstrate that he has suffered, or imminently will suffer, an actual concrete and particularized injury traceable to the defendant and likely to be redressed by a judicial decision in his favor. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61 (1992). The case-or-controversy requirement "persist[s] throughout all stages of litigation." *Hollingsworth*, 133 S. Ct. at 2661.

The disciplinary conviction and sanctions challenged by Mr. Hilton in his habeas petition have been vacated, the lost time has been restored, and the case has been dismissed. Therefore, this case is moot. *See Cochran v. Buss*, 381 F.3d 637, 641 (7th Cir. 2004) (holding that habeas petition was moot, where suspended deprivation of credit time could no longer be imposed). As a result, the Court GRANTS the Warden's motion (ECF 7) and DISMISSES this case as moot. *See Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.*, 89 F.3d 464, 467 (7th Cir. 1996) ("Absent an actual live controversy, a case is moot and must be dismissed as nonjusticiable.").

SO ORDERED on June 30, 2020

                 /s/JON E. DEGUILIO
                 CHIEF JUDGE
                 UNITED STATES DISTRICT COURT